UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Saalfrank et al</u>

v.                                                          Civil No. 08-cv-46-JL

<u>Town of Alton et al</u>

<u>O R D E R</u>

The Deputy Clerk shall schedule a hearing on all unresolved discovery disputes during the last week of January, 2009.  The parties shall jointly file a proposed protective order, with any disputed  alternative provisions set off  in bold or italics to facilitate a ruling choosing one alternative,  on  or  before January 16, 2009.  Two days before the scheduled hearing, the parties shall jointly submit a list of still-disputed document requests, with each party's respective position set forth after each listed request.  Although the court has formed certain opinions based on the parties'  written submissions thus far, it suspends final judgment until the hearing. Counsel should anticipate, however, that positions deemed unreasonable by the court at the hearing will result in commensurate  awards of attorneys' fees and costs.  If the plaintiff  is the party ordered to pay any fees  and costs, all  aspects of the litigation will be stayed,  and  all deadlines extended, until the order to reimburse is fully satisfied.  Thus, in drafting the proposed protective order and list of disputed  requests as ordered above, the parties should earnestly endeavor to resolve as many disputes as possible.

SO ORDERED.

December 31, 2008

_____

Joseph N. Laplante
United States District Judge

cc: All Counsel