UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Kenneth P. Saalfrank</u>

    v.                    Civil No. 08-cv-00046-JL

<u>Town of Alton, et al.</u>

### <u>O R D E R</u>

The court appreciates counsel's presentations at the hearing and that reasonable positions were taken, and reasonable arguments were advanced, by all concerned.

The Alton defendants will produce the documents responsive to requests ##7, 8, 9 by **January 29, 2009**. The Alton defendants will produce the documents responsive to requests ##2, 10, 17, 18, 19, 20, 21, on or before **February 13, 2009**. Further, the documents responsive to requests ##17 and 18 may be designated AEO.

The Alton defendants will produce documents responsive to requests ##22-30 on or before **March 31, 2009**. After making the March 31 production, the Town of Alton will submit to the court records manifesting the costs associated therewith to enable the court to determine who will bear those costs.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   January 27, 2009

cc:   Robert S. Carey, Esq.
      Jeffrey C. Spear, Esq.
      Charles P. Bauer, Esq.
      Jeanne P. Herrick, Esq.
      Catherine M. Costanzo, Esq.
      K. Joshua Scott, Esq.
      William G. Scott, Esq.
      Brian J.S. Cullen, Esq.
      Tara Latour, pro se