```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Kenneth P. Saalfrank

       v.                    Civil No. 08-cv-46-JL

Town of Alton, et al.

**PROCEDURAL ORDER**

    All future discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course. No motion to compel is necessary. The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court. The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

    Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible. If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge. Such referral requests will normally be granted.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:    October 27, 2009

cc:   Jeffrey C. Spear, Esq.
      Robert S. Carey, Esq.
      Charles P. Bauer, Esq.
      Jeanne P. Herrick, Esq.
      Catherine M. Costanzo, Esq.
      K. Joshua Scott, Esq.
      William G. Scott, Esq.
      Brian J.S. Cullen, Esq.
      Tara A. Latour, pro se